IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| R. M. W., a minor, by his Guardian Ad Litem STEVEN F. WOLFE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOMEWOOD SUITES BY HILTON MT. LAUREL, et al., <br><br> Defendants. | Civil No. 09-400 (JHR/AMD) |

## ORDER ON INFORMAL APPLICATION

This Matter having come before the Court by way of letter application dated October 13, 2011 from Kimberly J. Woodie, Esquire, counsel for Defendants, for an Order requesting additional discovery; and the Court having conducted a conference on October 18, 2011, with David P. Corrigan, Esquire, appearing on behalf of the Plaintiffs; and Kimberly J. Woodie, Esquire, and Walter J. Klekotka, Esquire, appearing on behalf of the Defendants; and for the reasons set forth on the record, and for good cause shown:

IT IS this **19th** day of **October 2011**, hereby

**ORDERED** that Defendants are granted leave to obtain the medical and educational records of R.M.W. and the medical and therapy records of Amy Wolfe, as set forth on the record; and it is further

**ORDERED** that Defendants' request to extend discovery to obtain documents of the minor siblings of Plaintiff R.M.W. shall be, and hereby is, **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendants' request to have an independent evaluation of Steven F. Wolfe shall be, and hereby is, **DENIED WITHOUT PREJUDICE**; and

The Court will address the remaining discovery issues at the telephone conference presently set for October 21, 2011 at 10:30 AM.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez